RECEIVED
IN MONROE, LA

AUG 1 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MICKEY RORY JOHNSTON | CIVIL ACTION NO. 04-2030-P |
| versus | JUDGE ROBERT G. JAMES |
| OUACHITA CORRECTIONAL CENTER | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the entire record and noting the absence of objections to the Report and Recommendation in the record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Fed. R. Civ. P. 41(b).

MONROE, LOUISIANA this 12 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE